IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELICIA N. JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | MISC. ACTION NO. H-19-2566 |
| CITIBANK INTERNATIONAL, CITIBANK, N.A., *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

On January 21, 2020, the court entered an order denying Felicia Jones's motion for leave to proceed without prepaying fees on appeal. (Docket Entry No. 29). The court explained that Jones's motion was denied "on the grounds that her allegations were 'clearly baseless,' and that she failed to provide required information about her finances." (*Id.*). On January 27, Jones filed a form requesting exemption from payment of court fee. (Docket Entry No. 31). The court denied Jones's request because Jones affirmed that there was no change in circumstances. (Docket Entry No. 32). On February 6, 2020, Jones filed a renewed motion for leave to appeal *in forma pauperis*, including information about her finances. (Docket Entry No. 35).

While Jones has provided financial information, the court certified on January 21, 2020, that the appeal was not taken in good faith. (*See* Docket Entry No. 29). The court denies Jones's motion for the reasons stated in the January 21, 2020, order.

SIGNED on February 12, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge